NAMSTRAD, INCORPORATED, Appellant, *v.* OLAVARRIA & CO., INC., Respondent.

Submitted June 7, 1943; decided June 18, 1943.

*Winthrop H. Kellogg* for motion.

*Irving J. North* opposed.

Motion granted, and appeal dismissed, with costs, and ten dollars costs of motion, unless appellant serves and files undertaking on appeal and pays ten dollars costs within thirty days, in which event the motion is denied.